

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-12-00294-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
Honorable Ron Rangel, Judge Presiding

# O R D E R

State's first motion for extension of time to file their brief is granted. The State's brief is due on February 21, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court